NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPISTAR CORPORATION,**

*Plaintiff-Appellee*

**v.**

**LOWE'S COMPANIES, INC.,**

*Defendant*

**LOWE'S HOME CENTERS, LLC,**

*Defendant-Appellant*

---

2024-1266

---

Appeal from the United States District Court for the Central District of California in No. 2:17-cv-03219-JAK-KS, Judge John A. Kronstadt.

---

**ON MOTION**

---

Before PROST, TARANTO, and HUGHES, *Circuit Judges.*

TARANTO, *Circuit Judge.*

## O R D E R

Lowe's Home Centers, LLC notifies the court that the parties have executed an agreement to settle this case and

2          EPISTAR CORPORATION v. LOWE'S COMPANIES, INC.

moves unopposed to remand "for the purpose of seeking vacatur of the Markman Order and final judgment from the district court."  Mot. at 4.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the case is remanded.  In granting the motion, this court takes no position as to whether the district court should grant vacatur.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 30, 2024
       Date

cc:  United States District Court for the Central District of California